IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MA'ALUUM AQUIL ABDULLAH, f/k/a TODD GREGORY COOKS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-453-SLP |
| KELLY GEORGE, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered February 12, 2018 [Doc. No. 57]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. Defendant George's Motion for Summary Judgment on the grounds of qualified immunity as it pertains to Plaintiff's federal claims involving a violation of the First Amendment is GRANTED. The Court declines to exercise supplemental jurisdiction over the state law claims of false arrest, malicious prosecution and abuse of process asserted against Defendant George and these claims are dismissed without prejudice. Further, Plaintiff's Motion for Summary Judgment [Doc. No. 25] is DENIED AS MOOT.

IT IS SO ORDERED this 25th day of June, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE