# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MA'ALUUM AQUIL ABDULLAH, f/k/a TODD GREGORY COOKS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-17-453-SLP ) |
| KELLY GEORGE, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered July 9, 2018 [Doc. No. 60]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and the claims against Defendant Richard Smotherman are dismissed. Further, this Order disposes of all pending claims in this matter; accordingly, a Judgment of Dismissal will be filed simultaneously herewith.

IT IS SO ORDERED this 8th day of August, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE